UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE CORTEZ PATE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00050-NAB |
| ANNE L. PRECYTHE, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. Plaintiff Jermaine Cortez Pate has filed a civil action pursuant to 28 U.S.C. § 1337. However, he has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. Plaintiff will therefore be directed to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order. If plaintiff fails to comply, this action will be dismissed without prejudice and without further notice. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

*/s/ Nannette A. Baker*
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of August, 2022.